

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00103-CV |
| IN THE INTEREST OF | § | Appeal from the |
| J.H.G. AND J.K.G., | § | 383rd Judicial District Court |
| CHILDREN. | § | of El Paso County, Texas |
| | § | (TC# 2019DCM5001) |

**<u>MEMORANDUM OPINION</u>**

Appellant Jessica Nieto filed a notice of appeal on April 17, 2023. On June 29, 2023, Appellant filed a motion requesting that the Court dismiss her appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (providing for voluntary dismissal in a civil case on Appellant's motion). Appellant shall bear all costs of the appeal. *See* TEX. R. APP. P. 42.1(d) (providing that absent parties' agreement otherwise, costs are taxed against Appellant).

LISA J. SOTO, Justice

June 30, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.